UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD DAY, *et al.*,                )<br>                                                      )<br>             Plaintiffs,                   )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>DISTRICT OF COLUMBIA, *et al.*   )<br>                                                      )<br>             Defendants.                )<br>_____ ) | Civil Action No.1:10-cv-02250<br>Judge Ellen S. Huvelle |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Rules 6(b) and 15(a)(2) of the Federal Rules of Civil Procedure, and Rule 23.1(b) of the Local Rules, the parties file this Joint Motion for Extension of Time.

Under the Federal and Local Rules, the <u>current</u> upcoming deadlines for the parties are:

1. Plaintiffs must file a motion for class certification by March 23, 2011. LCvR 23.1(b) (class certification motion due 90 days after filing complaint);

2. Defendants must file a response to the Complaint by March 28, 2011. January 24, 2011 Minute Order; and

3. Plaintiffs may file an Amended Complaint as a matter of course within 21 days of Defendants' response to the Complaint. Fed. R. Civ. P. 15(a).

Because the parties desire additional time to continue to discuss possible points for settlement, and Plaintiffs expect to file an Amended Complaint, the parties jointly move to modify the existing deadlines as follows:

1. Plaintiffs will file an Amended Complaint by **March 30, 2011**, for which Defendants will accept service by the Court's electronic filing system;

2. Defendants will file a response to the Amended Complaint by **April 20, 2011**; and

3. Plaintiffs will file a motion for class certification by **April 28, 2011**.

The parties believe that this re-ordering and slight modification to the existing schedule will reduce the need for unnecessary duplication of efforts by the parties and the Court.

A proposed Order is attached.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Dated: March 9, 2011

Respectfully submitted,

| | |
|---|---|
|   /s/  Brian D. Schneider      | |
| Marjorie Rifkin, D.C. Bar No. 437076 | IRVIN B. NATHAN |
| Jennifer Lav, D.C. Bar No. 499293 | Acting Attorney General |
| mrifkin@uls-dc.org | for the District of Columbia |
| jlav@uls-dc.org | |
| University Legal Services–Protection & Advocacy | GEORGE C. VALENTINE |
| | Deputy Attorney General |
| 220 I Street NE #130 | Civil Litigation Division |
| Washington, DC 20002 | |
| (202) 547-0198 ext. 128 | ELLEN A. EFROS |
| Fax: (202) 547-2662 | Assistant Attorney General |
| | Chief, Equity Section I |
| Kelly Bagby, D.C. Bar No. 462390 | |
| Bruce Vignery, D.C. Bar No. 297911 | /s/ Sarah A. Sulkowski      |
| Kbagby@aarp.org | SARAH A. SULKOWSKI |
| Bvignery@aarp.org | Assistant Attorney General |
| AARP Foundation Litigation | Bar Number 493235 |
| 601 E Street, NW | Suite 600 South |
| Washington, DC 20049 | 441 Fourth Street, N.W. |
| (202) 434-2060 | Washington, D.C. 20001 |
| Fax: (202) 434-6424 | (202) 724-6627 |
| | (202) 730-1454 (fax) |
| Barbara Wahl, D.C. Bar No. 297978 | E-mail: sarah.sulkowski@dc.gov |
| Brian D. Schneider, D.C. Bar No. 983171 | |
| wahl.barbara@arentfox.com | /s/ Melissa L. Baker |
| schneider.brian@arentfox.com | MELISSA L. BAKER [#499368] |
| Arent Fox LLP | Assistant Attorney General |
| 1050 Connecticut Avenue, NW | 441 Fourth Street, N.W. Suite 600 South |
| Washington, DC  20036-5339 | Washington, D.C. 20001 |
| (202) 857-6000 | Telephone:  (202) 442-9887 |
| Fax:  (202) 857-6395 | Facsimile:  (202) 730-1499 |
| | melissa.baker@dc.gov |
| ***Counsel for Plaintiffs*** | |
| | ***Counsel for Defendants*** |

## **CERTIFICATE OF SERVICE**

      I certify that on March 9, 2011, a true copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME** was served on all counsel of record by filing with the Court's electronic filing system.

                                          /s/  Brian D. Schneider
                                          Brian D. Schneider