UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACQUALYN THORPE**, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA**, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:10-cv-02250 (ESH) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of the following plaintiffs' counsel in the above-captioned case:

       Lyndsay Niles, D.C. Bar No. 1003427
       University Legal Services–Protection & Advocacy
       220 I Street NE #130
       Washington, DC 20002
       lniles@uls-dc.org
       (202) 547-0198 ext. 120
       Fax: (202) 547-2662

Dated:  October 2, 2012                      Respectfully submitted,

                                                     /s/ Lyndsay Niles

                                         Lyndsay Niles, D.C. Bar No. 1003427
                                         lniles@uls-dc.org
                                         University Legal Services–Protection &
                                         Advocacy
                                         220 I Street NE #130
                                         Washington, DC 20002
                                         (202) 547-0198 ext. 120
                                         Fax: (202) 547-2662

                                         *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on October 2, 2012, a true copy of the foregoing **NOTICE OF APPEARANCE** was served on all counsel of record by filing with the Court's electronic filing system.

      /s/ Lyndsay Niles

      Lyndsay Niles