# EXHIBIT A

DECLARATION OF JACQUALYN THORPE

1.      My name is Jacqualyn Thorpe.  I was born in 1949. I am a United States citizen, and I am providing this declaration for use in the case in which I am a plaintiff, *Day, et al. v. District of Columbia, et al*.

2.      I currently receive a monthly personal needs allowance from my Supplemental Security Income benefits. I am a DC Medicaid beneficiary.

3.      I currently reside at Deanwood Rehabilitation and Nursing Center, a nursing facility located in the District of Columbia.  I have resided at Deanwood since March 2008. I was previously admitted in October 2005 for a short stay at Grant Park (the prior name of Deanwood).

4.      At Deanwood, I share a room with people I never met before coming here. I do not have a private, secure place to keep my belongings; I do not have regular access to my own phone to make phone calls and frequently cannot receive phone calls from friends or family.  I am disturbed at all hours of the day and night due to noise and interruptions by staff and other residents, and I cannot meet privately with visitors.

5.      As a Deanwood resident, I cannot participate in activities I used to enjoy, such as cooking foods I like to eat and attending church in the community and visiting regularly with my sons and their families.

6.      In spite of these limitations at Deanwood, I participate in facility activities such as bingo, and I am in the Red Hat Society social group.  At Deanwood, I try to be as social as possible to keep my spirits up, attending residents' birthday parties and talking with other residents.

7.      I have disabilities: I have Guillain Barre Syndrome which limits my mobility; I also have kidney and vascular problems. I am on dialysis three times a week.  I rely on a wheelchair for mobility. I can dress and feed myself.

8.      I require assistance with activities of daily living, including mobility transfers into and out of my wheelchair, medication management and meal preparation. I am otherwise capable of independently caring for myself.  With this assistance, I am confident that I could live independently in the community.

9.      The types of services I need to help me transition into the community include: information about and assistance with applications for housing and home health services; and transition planning to identify and meet my needs, such as identifying needed medical equipment and services to promote my independent living in the community.

10.     I would prefer to leave the nursing home and live in the community with the services I need.  I have informed Deanwood staff that I would like to be discharged to the community.  Although DC government representatives found me eligible for the Money Follows the Person

Program, no one from the District government or the nursing facility has assisted me to transition to the community.

11.   I have personally spoken with and know many other Deanwood residents who also would like to return to live in the community. Like me, they are confident that they could live in the community with appropriate services and supports.

12.   I am willing to serve as a class representative and to undertake the resulting responsibilities.

I declare under penalties of perjury that the foregoing is true and correct.

Executed on 4/2/13.

_____
Signature

_____
Printed Name