UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACQUALYN THORPE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 10-2250 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons stated in an accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss the Third Amended Complaint [ECF No. 99] is **DENIED**; and it is further

**ORDERED** that plaintiffs' Renewed Motion for Class Certification [ECF No. 103] is **GRANTED**; and it is further

**ORDERED** that pursuant to Fed. R. Civ. P. 23(a) and 23(b)(2), a class is certified that consists of:

All persons with physical disabilities who, now or during the pendency of this lawsuit:

(1) receive DC Medicaid-funded long-term care services in a nursing facility for 90 or more consecutive days;

(2) are eligible for Medicaid-covered home and community-based long-term care services that would enable them to live in the community; and

(3) would prefer to live in the community instead of a nursing facility but need the District of Columbia to provide transition assistance to facilitate their access to long-term care services in the community.

It is further **ORDERED** that the following Plaintiffs' counsel are appointed to serve as class counsel:

>Marjorie Rifkin, D.C. Bar No. 437076
>Jennifer Lav, D.C. Bar No. 499293
>Victoria Thomas, D.C. Bar No. 1001027
>Lyndsay Niles, D.C. Bar No. 1003427
>University Legal Services–Protection & Advocacy
>
>Kelly Bagby, D.C. Bar No. 462390
>AARP Foundation Litigation
>
>Barbara Wahl, D.C. Bar No. 297978
>Brian D. Schneider, D.C. Bar No. 983171
>Alison Lima Andersen, D.C. Bar No. 997260
>Arent Fox LLP

It is further **ORDERED** that a status conference is set for **April 23, 2014, at 9:30 a.m.** and that by April 16, 2014, the parties shall file a joint status report to address further proceedings in this matter.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   March 29, 2014