AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| IVY BROWN, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-2250 (ESH) |
| DISTRICT OF COLUMBIA, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

☑ **other**: As the Court has concluded that plaintiffs have failed to meet their burden under Rule 23, it will dismiss plaintiffs' class-wide claims. Because plaintiffs do not seek individual relief, judgment will be entered for the District.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for

Date: 09/18/2017

ANGELA D. CAESAR, CLERK OF COURT

*/s/ Gwendolyn Franklin*
Signature of Clerk or Deputy Clerk