UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVY BROWN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 10-2250 (ESH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of the following plaintiffs' counsel in the above-captioned case:

>Lyndsay Niles, DC Bar No. 1003427
>University Legal Services–Protection & Advocacy
>220 I Street NE #130
>Washington, DC 20002
>(202) 547-0198 ext. 128
>Fax: (202) 547-2662
>lniles@uls-dc.org

Dated: July 7, 2020                              Respectfully submitted,

                                                                  /s/ Lyndsay Niles

                                                                 Lyndsay Niles, DC Bar No. 1003427
                                                                 University Legal Services–Protection & Advocacy
                                                                 220 I Street NE #130
                                                                 Washington, DC 20002
                                                                 (202) 547-0198 ext. 128
                                                                 Fax: (202) 547-2662
                                                                 lniles@uls-dc.org

                                                                 *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on July 7, 2020, a true copy of the foregoing **NOTICE OF APPEARANCE** was served on all counsel of record by filing with the Court's electronic filing system.

/s/ Lyndsay Niles
Lyndsay Niles
