UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVY BROWN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 10-2250 (PLF) |

### JOINT STATUS REPORT

Pursuant to the Court's June 30, 2021 Order [383], the Parties conferred and jointly propose the names of two potential Special Masters, in the event the pending discovery disputes cannot be resolved by the Court at the status conference scheduled for July 8, 2021. The Parties jointly propose Amy Wind and the Honorable Richard A. Levie, but were not able to agree on a third name for submission to the Court.[1]

Dated:  July 6, 2021.                                   Respectfully submitted,


/s/ *Kelly Bagby*                                               KARL A. RACINE
KELLY BAGBY [462390]                              Attorney General for the District of Columbia
MAAME GYAMFI [462842]
M. GERON GADD (*pro hac vice*)            */s/ Fernando Amarillas*
AARP Foundation                                        FERNANDO AMARILLAS [974858]
601 E Street, NW                                         Acting Deputy Attorney General
Washington, DC 20049                               Public Interest Division
(202) 434-2103
Fax: (202) 434-6424
kbagby@aarp.org

---

[1]    If the appointment of a Special Master becomes necessary, the District requests sufficient time to procure such services, to ensure compliance with the Anti-Deficiency Act.

| | |
|---|---|
| LYNDSAY NILES [1003427]<br>University Legal Services<br>Protection & Advocacy<br>220 I Street NE #130<br>Washington, DC 20002<br>202-527-7032<br><br>KATHLEEN L. MILLIAN [412350]<br>PATRICK A. SHELDON [989369]<br>TODD A. GLUCKMAN [1004129]<br>MARJORIE RIFKIN [437076]<br>Terris, Pravlik & Millian, LLP<br>1816 12th Street, NW, Suite 303<br>Washington, DC 20009<br>(202) 682-2100<br><br>*Counsel for Plaintiffs* | /s/ Duane Blackman<br>DUANE BLACKMAN*<br><br>CONRAD Z. RISHER [1044678]<br>MATEYA B. KELLEY [888219451]<br>PAMELA DISNEY [1061225]<br>Assistant Attorneys General<br>Equity Section<br>400 Sixth Street, N.W., Suite 10100<br>Washington, D.C. 20001<br>(202) 805-7640<br>duane.blackman@dc.gov<br><br>*Counsel for the District of Columbia* |

---

\*   Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).

2