# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVY BROWN, *et al.*,<br><br>    Plaintiffs,<br><br> vs.<br><br>THE DISTRICT OF COLUMBIA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 10-2250 (PLF)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

This Court's November 6, 2023 Minute Order required the Parties to "meet and confer to discuss whether to submit supplemental briefing to update the Court about any new case law or other authority that may affect the legal arguments previously briefed" and "file a joint status report on or before November 22, 2023, indicating whether they wish to submit supplemental briefing, and if so, proposing a briefing schedule." The Parties have conferred and agree that no supplemental briefing is necessary.

Dated: November 20, 2023

Respectfully submitted,

/s/ *Kelly Bagby*
KELLY BAGBY, DC Bar No. 462390
MAAME GYAMFI, DC Bar No. 462842
AARP Foundation
601 E Street, NW
Washington, DC 20049
(202) 434-2103
Fax: (202) 434-6424
kbagby@aarp.org

LYNDSAY NILES, DC Bar 1003427
Disability Rights DC at
University Legal Services
220 I Street NE #130
Washington, DC 20002
202-527-7032

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

/s/ *Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

/s/ *Mateya B. Kelley*
MATEYA B. KELLEY [888219451]
PAMELA DISNEY [1061225]

MARJORIE RIFKIN, DC Bar 437076
(202) 997-3201

KATHLEEN L. MILLIAN, DC Bar 412350
PATRICK A. SHELDON, DC Bar 989369
TODD A. GLUCKMAN, DC Bar 1004129
Terris, Pravlik & Millian, LLP
1816 12th Street, NW, Suite 303
Washington, DC 20009
(202) 682-2100

*Counsel for Plaintiffs*

Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-5824
Email: mateya.kelley@dc.gov

*Counsel for the District of Columbia*