UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IVY BROWN**, *et al.*,<br><br>      **Plaintiffs**,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA**,<br><br>      **Defendant**. | **Civil Action No. 1:10-cv-2250-PLF** |

**DEFENDANT DISTRICT OF COLUMBIA'S RESPONSE
TO SHOW CAUSE ORDER CONCERNING MEDIATION**

Defendant District of Columbia (the District) responds to the Court's order of September 3, 2025, directing the District to "sho[w] cause why the issue of plaintiffs' attorney's fees and costs should not immediately be referred to the Circuit Executive's Mediation Program."

First and foremost, the Parties seem to agree that settlement of any fees and costs would be preferrable to litigation. In light of the Court's stated preference in its September 3 order, the District would not ordinarily object to referral to the Circuit's mediation program, subject to the considerations presented in the District's previous filings, which described the settlement authority process that counsel for the District typically satisfies before engaging in any court-ordered mediation.

The District has not been prepared to proceed to mediation because, generally speaking, counsel for the District does not engage in such discussions without actual authority to settle the matter (including the parameters for settlement), and counsel does not have that authority. This is so for many reasons, including the sheer amount of time it has taken to complete a basic review of Plaintiffs' copious line items, and also because the ultimate outcome of this litigation,

including the degree of Plaintiffs' success, following any appeal, is still uncertain.

The District's position regarding referral to mediation is now also informed by the Court's denial of its motion to alter or amend [ECF No. 531]. The District intends to note an appeal of the Court's final judgment and the order denying the motion to alter or amend. Thus, the District does not believe that referral to mediation on the issue of attorney's fees and costs would be an efficient use of the Parties' resources at this time. Indeed, Plaintiffs' entitlement to any fees is subject to the outcome of the forthcoming appeal, and it is likely that Plaintiffs will accrue additional fees. As a result, in the District's view, referral to mediation at this juncture is unwarranted. The District intends to renew its motion to stay Plaintiffs' request for fees and costs, pending the resolution of the appeal.

Date: September 12, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Mateya B. Kelley*
MATEYA B. KELLEY [888219451]
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-7854
Email: mateya.kelley@dc.gov

*Counsel for Defendant District of Columbia*