# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IVY BROWN,** *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    **Defendant.** | **Civil Action No. 1:10-cv-2250-PLF** |

## DEFENDANT DISTRICT OF COLUMBIA'S NOTICE OF APPEAL

Please take notice that Defendant District of Columbia hereby appeals to the U.S. Court of Appeals for the District of Columbia Circuit this Court's December 31, 2024 Opinion, Findings Of Fact, And Conclusions Of Law entering judgment in favor of Plaintiffs and the Plaintiff Class [ECF No. 505], and this Court's August 15, 2025 Opinion and Order denying Defendant's Fed. R. Civ. P. 59(e) motion seeking to alter or amend that ruling [ECF No. 531].

| | |
|---|---|
| Date: September 12, 2025 | Respectfully submitted,<br><br>BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General<br><br>*/s/ Mateya B. Kelley*<br>MATEYA B. KELLEY [888219451]<br>Assistant Attorney General<br>400 6th Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 724-7854 |

Email: mateya.kelley@dc.gov

*Counsel for Defendant District of Columbia*