UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVY BROWN, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>　　　　　　　Defendant. | Civil Action No. 10-2250 (PLF) |

**JOINT STIPULATION OF DISMISSAL OF**
**JAMES BUMPASS, DENISE RIVERS, AND TANITA SANDERS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of Named Plaintiffs James Bumpass, Denise Rivers, and Tanita Sanders.

This stipulation only relates to the aforementioned individuals and is not a dismissal of this case.[1]

| | |
|---|---|
| Dated: October 7, 2025 | Respectfully submitted, |
| /s/ *Kelly Bagby*<br>KELLY BAGBY, DC Bar No. 462390<br>MAAME GYAMFI, DC Bar No. 462842<br>REBECCA RODGERS (*pro hac vice*)<br>AARP Foundation<br>601 E Street, NW<br>Washington, DC 20049<br>(202) 434-2103<br>Fax: (202) 434-6424<br>kbagby@aarp.org | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General |

---

[1] "[E]ntry of [] a stipulation of dismissal is effective automatically and does not require judicial approval." *In re Wolf*, 842 F.2d 464, 466 (D.C. Cir. 1988) (internal quotations and citations omitted); *see also Reetz v. Jackson*, 176 F.R.D. 412, 413 n.2 (D.D.C. 1997) (Friedman, J.) ("Some courts have interpreted the language of Rule 41(a), with respect to dismissal of 'an action,' to mean that a court may dismiss only entire actions and not just certain parties from a case. 'The sounder view and the weight of judicial authority' is to the contrary.") (citations omitted).

LYNDSAY NILES, DC Bar 1003427
Disability Rights DC at
University Legal Services
220 I Street NE #130
Washington, DC 20002
202-527-7032

KATHLEEN L. MILLIAN, DC Bar 412350
PATRICK A. SHELDON, DC Bar 989369
TODD A. GLUCKMAN, DC Bar 1004129
Terris, Pravlik & Millian, LLP
1816 12th Street, NW, Suite 303
Washington, DC 20009
(202) 682-2100

MARJORIE RIFKIN, DC Bar 437076
(202) 997-3201

*Counsel for Plaintiffs*

/s/ *Mateya B. Kelley*
MATEYA B. KELLEY [888219451]
CONRAD Z. RISHER [1044678]

Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 442-5868
mateya.kelley@dc.gov

*Counsel for the District of Columbia*

2